AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

| United States of America | | **EXHIBIT AND WITNESS LIST** |
|---|---|---|
| vs. | § § § § § | Case Number: MO:09-CR-00314(1)-RAJ |
| (1) David Alberto Montealegre | | |

| Presiding Judge<br>DAVID COUNTS | Plaintiff's Attorney<br>AUSTIN BERRY | Defendant's Attorney<br>RAY FIVECOAT |
|---|---|---|
| Trial Date(s)<br>02/24/2010 | Court Reporter<br>DIGITAL | Courtroom Deputy<br>Cristina Lerma |

| Plf No. | Def No. | Date Offered | Marked | Admitted | Descriptions of Exhibits* and Witnesses |
|---|---|---|---|---|---|
| X | | | | | CORY RICHARDSON |
| X | | | | | TERRY LUCK |
| | X | | | | CHRIS MONTEALEGRE |
| | X | 2/24/10 | DEFT 1 | YES | LETTER TO COURT FROM F. JIMENEZ |
| | X | 2/24/10 | DEFT 2 | YES | LETTER TO COURT FROM E. ALBARRAN |
| | X | 2/24/10 | DEFT 3 | YES | LETTER TO COURT FROM B. DUCROS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.